## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

CANDICE WAJIDALI,

Plaintiff,
v.

GC SERVICES LIMITED PARTNERSHIP,

Defendant.

Case No.: 08 CV 3852

Judge Coar

Magistrate Judge Cox

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**GC SERVICES LIMITED PARTNERSHIP**

| | |
|---|---|
| NAME: Todd P. Stelter | |
| SIGNATURE: s/ *Todd P. Stelter* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278521 | TELEPHONE NUMBER 312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

6347827v1 46121

## CERTIFICATE OF SERVICE

I hereby certify that on **August 4, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax

s/ *Todd P. Stelter*
Todd P. Stelter

6347827v1 46121